JAMES CREED SOLESBEE, JR. v. B. WALTON BROWN, ADMINISTRATOR OF THE ESTATE OF ARCHIE MERRELL CREEF, JR., DECEASED

No. 7419SC1086

(Filed 16 April 1975)

APPEAL by plaintiff from *Seay, Judge.* Judgment entered 1 August 1974 in Superior Court, RANDOLPH County. Heard in the Court of Appeals 10 March 1975.

This is one of four civil actions arising out of an automobile collision. All four cases were consolidated for trial over plaintiff's objection. The jury answered the issue of negligence in favor of plaintiff and the issue of contributory negligence against him. Plaintiff appealed separately from the judgment below.

*Ottway Burton for the plaintiff.*

*Smith and Casper by Archie L. Smith for the defendant.*

CLARK, Judge.

This case presents no question not answered by this Court in *Wood v. Brown,* 25 N.C. App. 241 (1975) filed 2 April 1975. The decision there is controlling here and no useful purpose would be served by reiterating each assignment of error. All assignments of error are, therefore, overruled.

No error.

Judges PARKER and HEDRICK concur.